UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   DARREN JOHNSON,

    Defendant.

_____/

Case: 2:07-cr-20576
Judge: Steeh, George Caram
Referral MJ: Whalen, R. Steven
Filed: 11-16-2007 At 03:48 PM
INFO USA V DARREN JOHNSON (EW)

VIOLATION:
18 U.S.C. § 2113(b)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE.

**(18 U.S.C. § 2113(b) – Bank Robbery and Incidental Crimes)**

That from on or about September 3, 2002 through on or about March 16, 2004, both dates being approximate, in the Eastern District of Michigan, DARREN JOHNSON, Defendant herein, did take and carry away, with intent to steal and purloin, from Comerica Bank, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, the approximate amount of Four Thousand Seven Hundred Fifty Six

and 75/100 Dollars ($4,756.75) of money belonging to and in the care, custody, control, management and possession of said bank.

All in violation of Title 18, United States Code, Section 2113 (b).

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

_____
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

DATED: November 9, 2007

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

Case: 2:07-cr-20576
Judge: Steeh, George Caram
Referral MJ: Whalen, R. Steven
Filed: 11-16-2007 At 03:48 PM
INFO USA V DARREN JOHNSON (EW)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co[mplete]

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

| Yes | No XX |

AUSA's Initials: _JMW_

**Case Title:** UNITED STATES v. D-1 DARREN JOHNSON

**County where offense occurred:** Wayne

**Check One:** XXX Felony ____ Misdemeanor ____ Petty

- ■ Information; no prior complaint.
- ☐ Indictment based upon prior complaint [Case number: _____ ]
- ☐ Indictment ___ Information ___ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

**Superseding to Case No:** _____ **Judge:** _____

- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges |
| --- | --- |

November 16, 2007
Date

_/s/ James M. Wouczyna_
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99